# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CURTIS L. HALL

NO. 2021 KW 0471

**JUNE 21, 2021**

---

In Re:     Curtis L. Hall, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           577,425.

---

**BEFORE:     GUIDRY, McDONALD, AND McCLENDON, JJ.**

**WRIT DENIED.**

                         **JMG**
                         **JMM**
                         **PMc**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT